ACCEPTED
05-14-01443-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/22/2015 10:30:02 AM
LISA MATZ
CLERK

NO. 05-14-01443-CV

IN THE COURT OF APPEALS

FIFTH APPELLATE DISTRICT OF TEXAS

AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/22/2015 10:30:02 AM
LISA MATZ
Clerk

ALAN BARON, APPELLANT

V.

H. JOSEPH ACOSTA AND ACOSTA & ASSOCIATES, P.C., APPELLEES

CAUSE NO. DC-14-08404-M

FROM THE 298TH DISTRICT COURT

DALLAS COUNTY, TEXAS

THE HONORABLE EMILY TOBOLOWSKI, PRESIDING JUDGE

APPELLANT ALAN BARON'S MOTION TO DISMISS APPEAL

LAW OFFICE OF MARK A. TICER
Mark A. Ticer
State Bar #20018900
mticer@ticerlaw.com
Jennifer W. Johnson
State Bar #24060029
jjohnson@ticerlaw.com
4144 N. Central Expressway
Suite 1255
Dallas, Texas 75204
(214) 219-4220
(214) 219-4218 (FAX)

COMES NOW, Alan Baron ("Baron") Appellant herein, and files this *Appellant Alan Baron's Motion to Dismiss* ("Motion to Dismiss") and would show unto the Court the following:

## I.
## BACKGROUND

This appeal surrounds the denial of a motion to dismiss by operation of law pursuant to the Texas Citizens Participation Act. Baron's brief is due on January 22, 2015. Appellees, H. Joseph Acosta and Acosta & Associates, P.C., have not filed any brief or otherwise filed anything in this Court including any claim to any relief.

This appeal surrounds only one of Appellees' causes of action – defamation. Appellees' lawsuit remains pending in the trial court. Appellees have amended their lawsuit, including the defamation claim. The defamation claim subject of this appeal has been superseded by Appellees' amended pleading.

## II.
## MOTION TO DISMISS

Baron moves to dismiss his appeal pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure. Appellees have made no claim for affirmative relief or asserted any cross appeal. No party will be prejudiced thereby.

Costs for the appeal should be taxed against Baron.

## III.

## ARGUMENT AND AUTHORITIES

Rule 42.1 permits the voluntary dismissal of an appeal upon the motion of an appellant where the dismissal would not prevent an opposing party from seeking relief to which it would be otherwise entitled. Because no party will be prevented from seeking relief to which they might be entitled (there is none and none has been asserted), Baron's *Motion to Dismiss* should be granted.

WHEREFORE, PREMISES CONSIDERED, Baron prays the Court grant his *Motion to Dismiss* and the Court grant Baron such other and further relief to which Baron may be entitled.

Respectfully submitted,

LAW OFFICE OF MARK A. TICER

By: */s/ Mark A. Ticer*
Mark A. Ticer
State Bar #20018900
mticer@ticerlaw.com
Jennifer W. Johnson
State Bar #24060029
jjohnson@ticerlaw.com
4144 N. Central Expressway
Suite 1255
Dallas, Texas 75204
(214) 219-4220
(214) 219-4218 (FAX)

ATTORNEYS FOR ALAN BARON

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that a conference was attempted on the 19th day of January, 2015 by specifically inquiring of the Appellees if they were opposed to the relief being requested. The Appellees did not respond to Baron's inquiry. Therefore, this matter is submitted to the Court for determination.

/s/ Mark A. Ticer
Mark A. Ticer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record on this the 22nd day of January, 2015 as follows:

| | | |
|---|---|---|
| H. Joseph Acosta | FACSIMILE | |
| State Bar No. 24006731 | CERTIFIED MAIL | |
| Acosta & Associates, P.C. | FIRST CLASS MAIL | |
| 3102 Maple Avenue, Suite 400 | HAND DELIVERY | |
| Dallas, Texas 75201 | EMAIL/E-FILING | x |
| Ph: 214-661-5789 | | |
| Fax: 214-871-2005 | | |
| Email: jacosta@acosta-law.com | | |

/s/ Mark A. Ticer
Mark A. Ticer